PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

DEC 1 2006

Name of Offender: **Kevin Davis**  Case Number: **CR-1-02-046**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **January 6, 2003**

Original Offense: **Count One: Possession of Ammunition by a Convicted Felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

   **Count Two: Possession with Intent to Distribute Cocaine Base, in violation of 21 USC §§ 841(a)(1) and (b)(1)(B)(iii), a Class B felony.**

Original Sentence: **41 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **February 24, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |

On November 15, 2006, Davis was directly indicted by the Hamilton County Grand Jury for two counts of Trafficking in Cocaine. One of the counts involved the sale of cocaine withing the vicinity of a school. On November 21, 2006, Davis was arrested on the charges, and a $5,000.00 bond at 10% was set. Davis posted bond on November 22, 2006. The case is currently pending in Hamilton County Common Pleas Court.

The Indictment alleges that on September 5 and September 7, 2006, Davis sold unspecified amounts of cocaine.

**U.S. Probation Officer Action:**

On November 21, 2006, this officer conducted a routine record check and found an outstanding warrant for the indictment mentioned above. This officer required Davis to report to the office, and he was taken into custody on the warrant by the Marshal Service, who detained Davis until the Cincinnati Police arrived to transport him to the Hamilton County Justice Center. On November 22, 2006, Davis's family posted the bond, and Davis was released from the Justice Center. Davis has entered a not guilty plea at his arraignment.

PROB 12A
(12/98)

2

RE: Kevin Davis
CR-1-02-046

Because the criminal matter has not been resolved, this officer is respectfully recommending no action be taken until the new charges have been prosecuted.

Respectfully submitted,                    Approved,

by *[signature]*                           by *[signature]*
Robert C. Frommeyer Jr.                    John Cole
Senior U. S. Probation Officer             Supervising U. S. Probation Officer
Date:   **November 27, 2006**              Date: 11-29-06

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

December 1, 2006
Date