CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                Case 1:02cr46

vs

KEVIN DAVIS

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:     ditigal recording
Date:               4/17/07

Attorney for USA:        Robert Behlen, Jr.
Attorney for Defendant:  Federal Public Defender  C Ransom Hudson /

__✓__ Initial appearance held. Defendant informed of rights and charges.

__✓__ Case continued for Probable Cause Hearing __✓__ Detention Hearing __✓__ Wed. Apr. 18, 2007 1:30
      on  Wed  Apr. 18, 2007  1:30

_____ Probable cause hearing held/waived. Defendant to appear before District Judge Dlott for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

_____ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

__✓__ Order APPOINTING counsel  FPD

Remarks: