CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                           Case 1:02CR46

vs

KEVIN DAVIS

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:     ditigal recording / Julie Wolfer
Date:               4/18/07 @ 1:30

Attorney for USA:          Tim Oakley
Attorney for Defendant:    Federal Public Defender Ransom Hudson

\_\_\_\_\_ Initial appearance held. Defendant informed of rights and charges.

\_\_\_\_\_ Case continued for Probable Cause Hearing \_\_\_\_\_ Detention Hearing \_\_\_\_\_
       on _____

✓ Probable cause hearing held / (waived). Defendant to appear before District Judge
  _____ for Probation Violation/supervised release hearing.

\_\_\_\_\_ Probable cause found / not found

✓ Defendant DETAINED pending hearing.
\_\_\_\_\_ Defendant RELEASED on _____ bond

\_\_\_\_\_ Order APPOINTING counsel _____

Remarks:
_____
_____
_____