AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____   06 APR 23 PM 3:45

UNITED STATES OF AMERICA

V.

Kevin Davis

**WARRANT FOR ARREST**

Case Number: 1:02-CR-46 SJD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Kevin Davis_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

Supervised Release Violation-See Attached

in violation of Title _____ United States Code, Section(s) _____

Scott Lang
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

4/13/07-Western Division (Cincinnati)
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. Probation office Cincinnati, OH

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/17/07 | Micah R. Stevenson DUSM | [Signature] Micah R. Stevenson |