IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                  Case Number: 1:02CR46

KEVIN DAVIS

Jail term of 6 Months

Conditions/Recommendations:

    That the defendant be placed in a Medical Facility

18 Month of Supervised Release with the first 6 months to be served in a residential re-entry center as a special condition of supervised release

Conditions:

    Participation in Mental Health Program at discretion of Probation Officer

Defendant released on an O.R. Bond

Defendant shall report to the designated institution 2 weeks from the time the U.S. Marshal receives notification of defendants designation.

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Julie Wolfer, Official

Date:               April 30, 2007