AO 98s    (Rev. 8/01) Appearance Bond

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

UNITED STATES OF AMERICA
V.

**KEVIN DAVIS**
            Defendant

**APPEARANCE BOND**

Case Number:   1:02CR46

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __O.R._____ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant, KEVIN DAVIS is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   4/30/07    at Cincinnati, Ohio.
                              Date

Defendant  x _Kevin L. Davis_____   Address _____

Surety   _____   Address _____

Surety   _____   Address _____

        Signed and acknowledged before me   _4-30-07_____
                                                Date

JAMES BONINI, CLERK

_Bill Miller_____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

-vs-                                                                         CASE NO.:   1:02CR46

KEVIN DAVIS

CONDITIONS OF RELEASE

I, KEVIN DAVIS understand that:

1. I shall not, at anytime for any reason whatsoever, leave the Southern District of Ohio area, without first obtaining written permission of this Court;
(See Counties listed on Side 2)

2. I shall not change my present address in this District without first advising the Clerk of Court, Pretrial Services and the United States Attorney, in writing;

3. I shall appear before this Court in accordance with all notices;

4. If I fail to appear before this Court when ordered, an additional criminal charge, separate and apart from the offense presently charged, could be lodged against me;

5. I shall not possess a firearm or any other dangerous weapon;

6. I shall refrain from excessive use of alcohol, and any use or possession of a narcotic drug and other controlled substance unless prescribed by a licensed medical practitioner;

7. I shall not commit any local, state or federal crime while on bond;

8. A violation of any condition of my bond may result in forfeiture of bail by this Court, and cause a bench warrant for my arrest to be issued.

I acknowledge that I have read the above and that I fully understand the conditions of my bond and the possible penalties for violation of any of those conditions. I further acknowledge that I have been given a copy of these conditions, and that I have been informed of the counties in which I may travel in the Southern District of Ohio area. These counties are listed on Page 2 of this form.

CASE NUMBER:     KEVIN DAVIS                                                          Conditions of Release - Page 2 of 2
DEFENDANT:       1:02CR46

**SOUTHERN DISTRICT OF OHIO AREA IN WHICH YOU MAY TRAVEL:**
**OHIO COUNTIES:** Adams, Brown, Butler, Clermont, Clinton, Hamilton, Highland, Lawrence, Scioto, Warren, Athens, Belmont, Coshocton, Delaware, Fairfield, Fayette, Franklin, Gallia, Guernsey, Harrison, Hocking, Jackson, Jefferson, Knox, Licking, Logan, Madison, Meigs, Monroe, Morgan, Morrow, Muskingham, Noble, Perry, Pickaway, Pike, Ross, Union, Vinton, Washington, Champaign, Clark, Darke, Greene, Miami, Montgomery, Preble and Shelby.
**KENTUCKY COUNTIES: Kenton, Boone and Campbell. INDIANA COUNTY: Dearborn.**

COURT PERSONNEL:
| | | |
|---|---|---|
| Clerk's Office | Room 103 | (513) 564-7500 |
| United States Pretrial Services | Room 301 | (513) 564-7590 |
| United States Probation | Room 110 | (513) 564-7575 |
| United States Attorney | | (513) 684-3711 |
| United States Marshal | Room 130 | (513) 684-3594 |

| | | |
|---|---|---|
| United States Magistrate Judge Timothy S. Hogan | (513) 564-7650 | Room 701 |
| United States Magistrate Judge Timothy S. Black | (513) 564-7640 | Room 708 |

Dated at Cincinnati, Ohio this **30** day of **April**, **2007**

x _Kevin L. Davis_
Defendant's signature

x **2584 Fulbourne**
Address

x **Cinti**     **OH**     **45231**
City           State    Zip Code

x **513**      **851-0992**
Area Code    Telephone Number

JAMES BONINI, CLERK

BY: _Bill Mill_
Deputy Clerk

SPECIAL CONDITIONS:
■ The defendant shall be placed on home confinement with electronic monitoring. The defendant shall comply with the conditions of home confinement and electronic monitoring adopted by the Southern District of Ohio. The defendant may be required to wear an electronic device, and shall remain at his place of residence except for employment, treatment, or other activities approved in advance by the probation officer. The fees of the electronic monitoring services may be waived based on the probation officer's review of the defendant's financial condition.