PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Kevin Davis**                                    Case Number: **1:02CR00046**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **January 6, 2003**

Original Offense: **Felon in Possession of Firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a Class C felony, and Possession with Intent to Distribute Cocaine Base, in violation of 21 USC §§ 841(a)(1) and (b)(1)(B), a class B Felony**

Original Sentence: **41 month(s) prison,  36 month(s) supervised release.  4/30/07 TSR Revoked. Sentenced to 6 months imprisonment; 18 months supervised release to follow.  To serve first six months in a residential re-entry center**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **December 10, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Special Condition #8: The defendant shall reside in and participate in a community corrections center as instructed by the probation officer for 180 days. Mr. Davis has been at the Talbert House for Men, residential re-entry center since January 8, 2008.  Due to medical reasons, it is being requested that Mr. Davis be terminated from the Talbert House. |

U.S. Probation Officer Action:

As the court will recall, on April 30, 2007, Davis' supervised release was revoked, and he was sentenced to six months imprisonment followed by eighteen months supervised release after being convicted of two counts of Aggravated Criminal Trespassing and was sentenced to two years probation.

As a condition of his supervised release, he was ordered to serve the first six months in a residential re-entry center.  As a result, he arrived at the Talbert House on January 8, 2008.

While at the Talbert House, Davis has been compliant. In talking with the director of the program, Davis has made excellent progress.  He is helpful to others and is working.  He attends outpatient mental health treatment at Ikron, Inc.

Mr. Davis suffers from Grand Mal Seizures and is prescribed medication.  He also receives Social Security Disability and Medicaid pays for his medication; however, as he is a resident at the Talbert House, he is looked upon as an inmate and they will not pay for his medication while he is at this facility.  In addition, Davis

PROB 12A
(12/98)

2

RE: DAVIS, Kevin                                                                                          Page Two

had a seizure last week and was taken to the emergency room. As result, due to his medical condition and liability issues, the Talbert House would request that he be discharged.

Based on Davis' medical issues and the fact that he has been compliant while at the Talbert House, it is respectfully recommended that the Court take notice of the circumstances and allow Mr. Davis to be terminated from the Talbert House. He will remain on supervision and will attend his weekly counseling sessions.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *signature* | by | *signature* |
|  | **Darla J. Huffman** |  | **Mark Grawe** |
|  | U. S. Probation Officer |  | Senior U. S. Probation Officer |
|  | Date:   **March 31, 2008** |  | Date:   **March 31, 2008** |



[X]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*signature*
Signature of Judicial Officer

*April 3, 2008*
Date